DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SONIA VILLACRESIS,**
Appellant,

v.

**RENEE D. MCCARTNEY,**
Appellee.

No. 4D2023-1219

[November 8, 2023]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Hon. Kim Mollica, Judge; L.T. Case No. CONO22-006973.

Sonia Villacresis, Oakland Park, pro se

No appearance for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150 (Fla. 1979).

WARNER, GROSS and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***